UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY JANE TRETTIS, </br></br> Plaintiff, </br></br> v. </br></br> WHOLE FOODS MARKET GROUP, INC., </br> Defendant. | ) </br> ) Civil Action No. 1:20-cv-10694 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## AFFIDAVIT OF STEPHEN C. BAZARIAN, ESQ., IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION

I, STEPHEN C. BAZARIAN, ESQ., on oath depose and state that:

1. I am counsel for defendant Whole Foods Market Group, Inc. ("Whole Foods") in this action. I submit this affidavit in support of the accompanying Notice of Removal of Civil Action.

2. On January 13, 2020, plaintiff Mary Jane Trettis (the "Plaintiff"), by her attorney, sent a letter to Gallagher Bassett Services, Inc., Whole Foods' third-party administrator, in which she demanded that Whole Foods pay her $100,000 in settlement of the claims that are the subject of this action and that are set forth in her Complaint.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF APRIL 2020.

/s/ Stephen C. Bazarian
Stephen C. Bazarian (BBO#: 553148)
sbazarian@dfllp.com
DALTON & FINEGOLD, LLP
34 Essex St.
Andover, MA  02109
Ph.: 978-296-4755
FAX:  978-824-9407
*Counsel for defendant Whole Foods Market Group, Inc.*

## CERTIFICATE OF SERVICE

I, Stephen C. Bazarian, Esq., counsel for the defendant Whole Foods Market Group, Inc., herein, hereby certify that I served a true copy of the foregoing document upon counsel for plaintiff, J. Marlin Hawthorne, Esq., Hawthorne Law Office, 2 Columbia Road, Ste. 9, Pembroke, MA  02327, by first class mail, postage pre-paid, on April 8, 2020.

/s/ Stephen C. Bazarian
Stephen C. Bazarian, Esq.

2